UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 14-20109
    Honorable Victoria A. Roberts

BRYAN EDWARD CRENSHAW,

    Defendant.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR COURT RECORDS AND INVESTIGATIVE REPORTS [ECF No. 37]

On September 14, 2018, Defendant Bryan Edward Crenshaw filed a Motion for Court Records and Investigative Reports. Crenshaw requests copies of the following records to assist him in drafting a second or successive habeas petition under 28 U.S.C. § 2255: (1) motion hearing, "plea agreement," and sentencing hearing transcripts; (2) *Brady* and *Jencks* materials; (3) all discovery turned over to defense counsel by the government; (4) "Any Private Investigation Reports"; and (5) "Grand Jury Transcripts and True Bill (Indictment) Returned."

With respect to the transcripts requested in number one, above, the Court **GRANTS** Crenshaw's motion. The Court will send copies of the plea hearing and sentencing hearing transcripts to Crenshaw with a copy of this order. Because there were no motion hearings, no motion hearing transcripts exist.

Crenshaw's motion is **DENIED** with respect to the other requested records. The Court does not have any of the documents or records requested in numbers two through five.

Crenshaw must request the records for requests two through five from his attorney, who represented him through sentencing; his attorney must provide Crenshaw with any requested documents she has in her possession or control.

Finally, the Court notes that, with respect to request number five, there was no indictment in this case; Crenshaw filed a waiver of indictment in which he consented to being prosecuted by information instead of by indictment.

Crenshaw's Motion for Court Records and Investigative Reports is **GRANTED IN PART** and **DENIED IN PART**, as set forth above.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  September 28, 2018